**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| STATE OF INDIANA; STATE OF ALASKA; STATE OF FLORIDA; TERRITORY OF GUAM; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW HAMPSHIRE; STATE OF NEW MEXICO; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br>EIDP, INC., formerly known as E.I. du Pont de Nemours and Co.; CORTEVA, INC.; and VYLOR, INC.,<br><br>Defendants. | Case No. 1:26-cv-02122-TWP-MG |

**DECLARATION OF TRACY N. BETZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

The undersigned, Tracy N. Betz, counsel for Plaintiffs the State of Indiana, the Territory of Guam, the State of New Hampshire, State of New Mexico, the State of Oregon, the State of Rhode Island, The State of Tennessee, the State of Texas, and the State of Washington declares under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice in the State of Indiana, the Southern District of Indiana, the Northern District of Indiana, and the Eastern District of Michigan, and I am a partner at Taft Stettinius & Hollister LLP.

2. I submit this affirmation in support of the Motion for Temporary Restraining Order filed by State of Indiana, State of Alaska, State of Florida, Territory of Guam, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of New Hampshire, State of New Mexico, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Tennessee, State of Texas, State of Vermont, and State of Washington ("Plaintiffs") against Defendants EIDP, Inc., formerly known as E.I. du Pont de Nemours and Co. ("Old DuPont"), Corteva, Inc. ("Corteva"), and Vylor, Inc. ("Vylor").

3. Attached to this declaration as Exhibit 1 is a true and correct copy of the Complaint for Damages and Injunctive Relief filed by the State of Indiana in Indiana Superior Court (No. 73D01-2404-PL-000009) on April 10, 2024 and later in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:24-cv-03124-RMG (D.S.C.) on May 1, 2024.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of the Complaint filed by the State of Alaska in the Alaska Trial Court on April 6, 2021, later filed in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:21-cv-02804-RMG (D.S.C.) on August 17, 2021.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of the Second Amended Complaint filed by the State of Florida on May 26, 2023 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-00229-RMG (D.S.C.).

6. Attached to this declaration as Exhibit 4 is a true and correct copy of the First Amended Complaint filed by the Government of Guam on September 24, 2020 *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 22:19-cv-03602-RMG (D.S.C.).

7. Attached to this declaration as Exhibit 5 is a true and correct copy of the Complaint filed by the State of Maine on June 24, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-CV-02573-RMG (D.S.C.).

8. Attached to this declaration as Exhibit 6 is a true and correct copy of the First Amended Complaint and Jury Demand filed by the State of Maryland on November 19, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, 2:23-cv-03635-RMG (D.S.C.).

9. Attached to this declaration as Exhibit 7 is a true and correct copy of the Complaint filed by the State of Maryland on May 30, 2023 in *Maryland v. 3M Co. et al.*, No. 24-C-23-002529OC, later removed to *Maryland v. 3M Co.*, 2:26-cv-02234 (D.S.C.) on June 5, 2026.

10. Attached to this declaration as Exhibit 8 is a true and correct copy of the First Amended Complaint with Jury Demand filed by the Commonwealth of Massachusetts on January 20, 2026 *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:22-cv-01649-RMG (D.S.C.).

11. Attached to this declaration as Exhibit 9 is a true and correct copy of the Second Amended Complaint filed by the State of New Hampshire on March 25, 2025 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No 2:19-cv-02285-RMG (D.S.C.).

12. Attached to this declaration as Exhibit 10 is a true and correct copy of the Second Amended Complaint and Demand For Jury Trial filed by the State of New Hampshire on August 25, 2021 in *New Hampshire* v. *3M Co. et al.*, No. 216-2019-CV-00445 (N.H. Super. Ct.).

13. Attached to this declaration as Exhibit 11 is a true and correct copy of the Second Amended Complaint filed by the State of New Mexico on November 20, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-04187-RMG (D.S.C.).

14. Attached to this declaration as Exhibit 12 is a true and correct copy of the First Amended Complaint filed by the State of Oregon on November 20, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-03633-RMG (D.S.C.).

15. Attached to this declaration as Exhibit 13 is a true and correct copy of the First Amended Complaint filed by the Commonwealth of Pennsylvania on March 27, 2015 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-03649-RMG (D.S.C.).

16. Attached to this declaration as Exhibit 14 is a true and correct copy of the First Amended Complaint filed by the State of Rhode Island on October 23, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-03634-RMG (D.S.C.).

17. Attached to this declaration as Exhibit 15 is a true and correct copy of the First Amended Complaint filed by the State of Tennessee on October 22, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-03632-RMG (D.S.C.).

18. Attached to this declaration as Exhibit 16 is a true and correct copy of the First Amended Complaint filed by the State of Texas on November 20, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-04294-RMG (D.S.C.).

19. Attached to this declaration as Exhibit 17 is a true and correct copy of the Original Petition filed by the State of Texas on December 11, 2024 in *Texas v. 3M Co. et al.*, No. DC-C202400996 (Tx 18th Dist. Ct.).

20. Attached to this declaration as Exhibit 18 is a true and correct copy of the Amended Complaint filed by the State of Vermont on September 4, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:19-CV-02281-RMG (D.S.C.).

21. Attached to this declaration as Exhibit 19 is a true and correct copy of the Second Amended Complaint filed by the State of Vermont on March 23, 2023 in *Vermont v. 3M Co., et al.*, No. 547-6-19 Cncv (Vt. Super. Ct.) and later removed to the United States District Court for the District of Vermont, No. 2:25-cv-00660 on July 18, 2025.

22. Attached to this declaration as Exhibit 20 is a true and correct copy of the First Amended Complaint filed by the State of Washington on June 18, 2024 in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:23-cv-03262-RMG (D.S.C.).

23. Attached to this declaration as Exhibit 21 is a true and correct copy of a document dated November 9, 1961, titled “Toxicity of Teflon Dispersing Agents”, which was produced by Old DuPont in the action *Leach v. E. I. du Pont de Nemours & Co.*, No. 01-C-698 (W. Va. Cir. Ct. filed Aug. 30, 2001) (“*Leach*”), bearing the bates number EID718828. This

document is publicly available at the following link: https://levinlaw.com/wp-content/uploads/2016/06/1961-11-09.pdf (last accessed September 28, 2026).

24. Attached to this declaration as Exhibit 22 is a true and correct copy of a Consent Agreement and Final Order between Old DuPont and the United States Environmental Protection Agency, which was entered on December 14th, 2005 by the United States Environmental Protection Agency Environmental Appeals Board in the Matter Ff E.I. du Pont de Nemours and Company. This document is publicly available at the following link: https://www.epa.gov/sites/default/files/documents/dupontpfoasettlement121405.pdf (last accessed September 28, 2026).

25. Attached to this declaration as Exhibit 23 is a true and correct copy of a document dated May 23, 1984, titled "C-8 Meeting Summary", which was produced by Old DuPont bearing the bates number EID602999 and admitted at trial in open court as Exhibit PTX02543 in the action *N.J. Dep't of Env't Prot., et al., v. E. I. du Pont de Nemours & Co., et al.*, No. 1:19-cv-14766-RMB-JBC (D.N.J filed July 5, 2019) ("*N.J.D.E.P.*").

26. Attached to this declaration as Exhibit 24 is a true and correct copy of a document dated June 11, 1987, titled "C-8 Reduction and Control Programs Status", which was produced by Old DuPont in *Tennant, et al. v. E.I. du Pont de Nemours & Company*, Case No. 6:99-cv-00488 (S.D. W. Va. filed Oct. 21, 1999) ("*Tennant*") bearing the bates number EID137075. It is publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=lhgc0346&id=lhgc03

46&q=null%2Call%2Ccontains%2C%22birth+defect+problem%22&db-set=documents&industry=chemical&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

27. Attached to this declaration as Exhibit 25 is a true and correct copy of a document dated July 30, 1979, titled "Fluorine Blood Levels", which was produced by Old DuPont in *Tennant* as EID107196, publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=yylb0346&id=yylb0346&q=null%2Call%2Ccontains%2C1979%3BAND%2Call%2Ccontains%2Cberman&db-set=documents&industry=chemical&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

28. Attached to this declaration as Exhibit 26 is a true and correct copy of a document comprising of meeting notes dated February 20, 1992 produced by Old DuPont in *Leach* bearing the bates number EID152077. It is publicly available at the following link: https://levinlaw.com/wp-content/uploads/2016/06/1992-02-20.pdf (last accessed September 28, 2026).

29. Attached to this declaration as Exhibit 27 is a true and correct copy of a document dated May 26, 1981, titled "C-8 Program Status", which was produced by Old DuPont in *Tennant* bearing the bates number EID090076. It is publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=fklb0346&id=fklb0346&q=null%2Call%2Ccontains%2C%22UMBILICAL+CORD+BLOOD%22&db-

set=documents&industry=chemical&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

30. Attached to this declaration as Exhibit 28 is a true and correct copy of a document dated May 15, 1989, titled "Interoffice Memorandum" with the subject "Update from-8 Corporate Review with Dr. Karrah-3/10/89", which was produced by Old DuPont in *Tennant* bearing the bates number EID079256. It is publicly available at the following link: https://levinlaw.com/wp-content/uploads/2016/06/1989-03-15.pdf (last accessed September 28, 2026).

31. Attached to this declaration as Exhibit 29 is a true and correct copy of a document dated October 26, 1991, titled "Interoffice Memorandum" with the subject "Toxicity Information", which produced by Old DuPont in *Leach* bearing the bates number EID924428. It is publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=fppw0228&id=fppw0228&q=null%2Call%2Ccontains%2C%22the+devil+we+know%22&db-set=documents&industry=all-industries&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

32. Attached to this declaration as Exhibit 30 is a true and correct copy of a document dated November 26, 1991, titled "Evaluation of Surfactant C-8 Relative to Chambers Works", which was produced by Old DuPont in *N.J.D.E.P.* bearing the bates number NJ-LEGACY-0003278 and admitted at trial in open court as Exhibit PTX02173.

33. Attached to this declaration as Exhibit 31 is a true and correct copy of a document titled “DuPont Certified Stainmaster Carpet Modern Floor Coverings Weekly Report” constituting of Old DuPont’s reporting of promotional materials of its Stainmaster product from 1986-1987, publicly available at the Hagley Museum in Wilmington, DE.

34. Attached to this declaration as Exhibit 32 is a true and correct copy of a document dated September 28, 1994, titled “C-8 Ammonium Perfluorooctanoate Fluorosurfactant Strategies and Plans”, which was produced by Old DuPont in *Tennant* bearing the bates number EID099864. It is publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=typw0228&id=typw0228&q=null%2Call%2Ccontains%2Ccollection%3A%22pfas+collection%22&db-set=documents&industry=chemical&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

35. Attached to this declaration as Exhibit 33 is a true and correct copy of a document dated August 13, 2000, an email from Bernard J. Reilly with the subject “Aug 13”, which was produced by Old DuPont in *Leach* bearing the bates number EID781981. It is publicly available at the following link: https://www.industrydocuments.ucsf.edu/chemical/documents/viewer/?iid=lypw0228&id=lypw0228&q=null%2Call%2Ccontains%2Cbernard+reilly&db-set=documents&industry=chemical&sort=relevance&pg=1&npp=20&rtool=metadata (last accessed September 28, 2026).

36. Attached to this declaration as Exhibit 34 is a true and correct copy of a document dated November 9, 2000, an email from John R. Bowman with the subject "Lubeck-Dawn Jackson note", which was produced by Old DuPont in *Leach* bearing the bates number EDD0072900. It is publicly available at the following link: https://levinlaw.com/wp-content/uploads/2016/06/2000-11-09.pdf (last accessed September 28, 2026).

37. Attached to this declaration as Exhibit 35 is a true and correct copy of a press release from Corteva dated October 1, 2025, titled "Corteva Announces Plan to Separate into Two Industry-Leading Public Companies." It is publicly available at the following link: https://www.corteva.com/resources/media-center/corteva-announces-plan-to-separate-into-two-industry-leading-public-companies.html (last accessed September 29, 2026).

38. Attached to this declaration as Exhibit 36 is a true and correct copy of a press release from The Chemours Company, DuPont de Nemours, Inc, and Corteva dated August 4, 2025, titled "Chemours, DuPont and Corteva Reach Agreement with the State of New Jersey to Comprehensively Resolve All Environmental Claims Including PFAS." It is publicly available at the following link: https://www.investors.dupont.com/news-and-media/press-release-details/2025/Chemours-DuPont-and-Corteva-Reach-Agreement-with-the-State-of-New-Jersey-to-Comprehensively-Resolve-All-Environmental-Claims-Including-PFAS/default.aspx (last accessed September 29, 2026).

39. Attached to this declaration as Exhibit 37 is a true and correct copy of an analyst report from CFRA dated May 5, 2026 titled "Corteva, Inc. Stock Report."

40. Attached to this declaration as Exhibit 38 is a true and correct copy of the Earnings Call Transcript from Corteva's Q1 2026 earnings call, dated May 6, 2026. It is publicly available at the following link: https://investors.corteva.com/static-files/57899de9-cb1e-4cda-9ad8-69cea5ab3255 (last accessed September 29, 2026).

41. Attached to this declaration as Exhibit 39 is a true and correct copy of an analyst report from J.P. Morgan dated May 15, 2026 titled "Corteva: Seasonal Strength."

42. Attached to this declaration as Exhibit 40 is a true and correct copy of a press release from The Chemours Company dated July 1, 2015 titled "DuPont Completes Spin-off of The Chemours Company." It is publicly available at the following link: https://www.chemours.com/en/news-media-center/all-news/press-releases/2015/dupont-completes-spin-off-of-the-chemours-company (last accessed September 29, 2026).

43. Attached to this declaration as Exhibit 41 is a true and correct copy of the publicly filed Separation Agreement by and between E. I. Du Pont de Nemours and Company and The Chemours Company, dated June 26, 2015, which was publicly filed as Exhibit 2.1 to E. I. du Pont de Nemours & Co. S.E.C. Form 8-K, July 8, 2015. It is publicly available at the following link: https://www.sec.gov/Archives/edgar/data/30554/000003055415000065/exhibit21separationagreeme.htm (last accessed September 29, 2026).

44. Attached to this declaration as Exhibit 42 is a true and correct copy of the Verified First Amended Complaint filed by The Chemours Company against Dow DuPont Inc,

Corteva, and Old DuPont in the action *The Chemours Company v. DowDuPont, Inc, et al.*, No. 2019-0351-SG (Del. Ct. Ch. filed Aug. 14, 2019).

45. Attached to this declaration as Exhibit 43 is a true and correct copy of a press release from Old DuPont, Corteva, and The Chemours Company dated January 22, 2021 titled "DuPont, Corteva, and Chemours announce resolution of legacy PFAS claims." It is publicly available at the following link: https://www.chemours.com/en/news-media-center/all-news/press-releases/2021/dupont-corteva-and-chemours-announce-resolution-of-legacy-pfas-claims (last accessed September 29, 2026).

46. Attached to this declaration as Exhibit 44 is a true and correct copy of a document dated April 8, 2001, which is an email from Bernard J. Reilly with the subject "April 8", which was produced by Old DuPont in *Leach* bearing the bates number EDD0073854. It is publicly available at the following link: https://levinlaw.com/wp-content/uploads/2016/06/2001-04-08.pdf (last accessed September 30, 2026).

47. Attached to this declaration Exhibit 45 is a true and correct copy of a document dated August 30, 2000, which is an email chain from Roger J. Zipfel with the subject "Re: Audit of Shamrock/Heritage", which was produced in *N.J.D.E.P.* bearing the bates number AFFF-MDL-EID-00425033 and admitted at trial in open court as Exhibit PTX00353.

48. Attached to this declaration as Exhibit 46 is a true and correct copy of a New York Times article dated January 6, 2016, which is titled "The Lawyer Who Became DuPont's Worst Nightmare." It is available at the following link:

https://www.nytimes.com/2016/01/10/magazine/the-lawyer-who-became-duponts-worst-nightmare.html (last accessed September 29, 2026).

49. Attached to this declaration as Exhibit 47 is a true and correct copy of a document that is a partial transcript of the deposition of James Withrow, an employee of Old DuPont, which took place on December 18, 2024. This document was admitted in open trial in *N.J.D.E.P.* as Exhibit PTX05299.

50. Attached to this declaration as Exhibit 48 is a true and correct copy of an Document called "Exposure Assessment and Risk Characterization for Perfluorooctanoate in Selected Consumer Articles", published on April 20, 2005 in the Environmental Science and Technology Journal. It is available at the following link: https://pubs.acs.org/esthag/article-abstract/39/11/3904/3506892/Exposure-Assessment-and-Risk-Characterization-for?redirectedFrom=fulltext (last accessed September 20, 2026).

51. Attached to this declaration as Exhibit 49 is a true and correct copy of the Transcript from the Fairness Hearing of the DuPont Settlement in the Case of the *City of Camden vs. DuPont, et al.*, which took place in *In re: Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:18-mn-2873-RMG (D.S.C.) on December 14, 2023.

52. Attached to this declaration as Exhibit 50 is a true and correct copy of the Form Separation and Distribution Agreement by and among Corteva, Inc., Vylor Inc., and EIDP., Inc, which was filed by Vylor as an attachment to Amendment 3 to its S.E.C. Form 10-12B/A on September 21, 2026. It is available at the following link:

https://www.sec.gov/Archives/edgar/data/2128626/000119312526352605/ck0002128626-ex2_1.htm (last accessed September 30, 2026).

53. Attached to this declaration as Exhibit 51 is a true and correct copy of a document dated May 16, 2000, that is an email from Bill Weppner with the subject line "Phaseout of PFOS". It was produced by 3M in *State of Minnesota v. 3M Co.*, No. 27-cv-10-28862 (Minn. Dist. Ct. filed Dec. 30, 2010) bearing the bates number 3M_MN02457072 and admitted at trial in open court as Exhibit PTX1691. It is publicly available at the following link: https://www.ag.state.mn.us/Office/Cases/3M/docs/PTX/PTX1691.pdf (last accessed September 30, 2026).

54. Attached to this declaration as Exhibit 52 is a true and correct copy of a transcript of Corteva's Investor Day, dated September 15, 2026. This document is publicly available at the following link: https://investors.corteva.com/static-files/34abfc24-2f7d-4c78-b94b-fb264067f41d (last accessed September 30, 2026).

55. Attached to this declaration as Exhibit 53 is a true and correct copy of the Certificate of Incorporation of Seed External Spinco Inc., filed with the Delaware Secretary of State on November 23, 2025, which attaches a Certificate of Amendment to Certificate of Corporation which was filed with the Delaware Secretary of State on May 1, 2026.

56. Attached to this declaration as Exhibit 54 is a true and correct copy of Vylor, Inc.'s S.E.C. Form 8-K, filed on September 24, 2026. It is publicly available at the

following link: https://investors.corteva.com/static-files/414df5dd-4a8b-4fd5-80a3-48b7983b6911 (last accessed September 30, 2026).

57. Attached to this declaration as Exhibit 55 is a true and correct copy of a Corteva Press Release dated April 14, 2026 titled "Corteva Announces Executive Leadership Team of its Future Advanced Seed and Genetics Company." This press release is publicly available at the following link: https://www.sec.gov/Archives/edgar/data/1755672/000119312526153947/d57201dex993.htm (last accessed September 30, 2026).

58. Attached to this declaration as Exhibit 56 is a true and correct copy of Corteva's Business Update Call Transcript from October 1, 2025. It is publicly available at the following link: https://investors.corteva.com/static-files/c8981a90-ab01-45d5-ac2a-f8a09a18c755 (last accessed September 30, 2026).

59. Attached to this declaration as Exhibit 57 is a true and correct copy of The Chemours Company's S.E.C. Form 10K for the fiscal year ended on December 31, 2025. It is publicly available at this link: https://www.sec.gov/Archives/edgar/data/1627223/000119312526065201/cc-20251231.htm#:~:text=Chemours%20Co%2010%2DK%20filed%202026%2D02%2D24%2C%20accession%200001193125%2D26%2D065201%3A%20https%3A%2F%2Fwww.sec.gov%2FArchives%2Fedgar%2Fdata%2F1627223%2F000119312526065201%2Fcc%2D20251231.htm (last accessed September 30, 2026).

60. Attached to this declaration as Exhibit 58 is a true and correct copy of a transcript from the Oral Argument re: Plaintiff's Motion to Stay Arbitration and Cross-Motions to Compel Production, Defendants' Motion to Stay Discovery and Motion to Dismiss, and the Court's Partial Ruling, which took place on December 31, 2019 in *The Chemours Company v. DowDuPont, Inc, et al.*, No. 2019-0351-SG (Del. Ct. Ch. filed Aug. 14, 2019).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 5, 2026

*/s/ Tracy N. Betz*
Tracy N. Betz