# EXHIBIT 37

# Corteva, Inc.

| Recommendation | Price | 12-Mo. Target Price | Report Currency | Investment Style |
|---|---|---|---|---|
| HOLD ★★★★★ | USD 81.69 (as of market close May 04, 2026) | USD 84.00 | USD | Large-Cap Value |

**Equity Analyst Sel Hardy**

**GICS Sector** Materials
**Sub-Industry** Fertilizers and Agricultural Chemicals

**Summary** Corteva is a global agricultural products company that sells seeds and crop protection products including herbicides, fungicides, and insecticides.

## Key Stock Statistics (Source: CFRA, S&P Global Market Intelligence (SPGMI), Company Reports)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52-Wk Range | **USD 85.63 - 60.53** | Oper.EPS2026**E** | **USD 4.01** | Market Capitalization[B] | **USD 54.84** | Beta | **0.59** |
| Trailing 12-Month EPS | **USD 3.32** | Oper.EPS2027**E** | **USD 4.17** | Yield [%] | **0.88** | 3-yr Proj. EPS CAGR[%] | **11** |
| Trailing 12-Month P/E | **24.61** | P/E on Oper.EPS2026**E** | **20.37** | Dividend Rate/Share | **USD 0.72** | SPGMI's Quality Ranking | **NR** |
| USD 10K Invested 5 Yrs Ago | **17,351.0** | Common Shares Outstg.[M] | **672.00** | Trailing 12-Month Dividend | **USD 0.89** | Institutional Ownership [%] | **47.0** |

## Price Performance




**Source: CFRA, S&P Global Market Intelligence**
**Past performance is not an indication of future performance and should not be relied upon as such.**
Analysis prepared by **Sel Hardy** on May 05, 2026 06:48 PM ET, when the stock traded at **USD 83.90**.

## Highlights

- CTVA delivered strong Q1 results with net sales of $4.9B (+11% Y/Y), exceeding expectations by $270M, led by 7% organic growth. The Seed segment achieved $3.0B in sales (+12% Y/Y) with 9% organic growth, benefiting from North American corn delivery timing shifts and favorable weather. Crop Protection maintained momentum with $1.9B sales (+10% Y/Y) and 4% organic growth, supported by strong demand for new products and herbicides despite competitive pricing in Brazil.
- Operating EBITDA margins expanded across both segments. Seed delivered 34.2% margin (+310 bps Y/Y), due to price/mix improvements and lower royalty expenses. Crop Protection achieved a 23.1% margin (+101 bps Y/Y) from productivity savings and lower input costs. The planned separation will isolate premium Seed assets (~27% EBITDA margins) from challenged Crop Protection (~18% margins), creating value with a clean balance sheet.
- Operating EPS of $1.50 significantly exceeded consensus of $1.18, representing 33% Y/Y growth. Management maintained 2026 guidance of $4.0B-$4.2B operating EBITDA and EPS of $3.45-$3.70. CTVA remains on track for Q4 2026 separation with Luke Kissam as New Corteva CEO and "Vylor" as the seed genetics company name.

## Investment Rationale/Risk

- Our Hold opinion (down from Buy on May 5) reflects limited upside potential after CTVA's shares rallied by more than 34% Y/Y despite dominant market positions and strategic transformation. While the separation will likely unlock value by isolating superior Seed business from structurally challenged crop protection, we believe this catalyst is already priced in. Management successfully addressed Brazilian soybean concerns and advanced licensing strategy achieving royalty neutrality in 2026, two years ahead due to Bayer settlement.
- Risks include supply chain vulnerabilities from dependence on third parties for raw materials, particularly China. The mid-2026 separation carries some risks as its execution could eliminate synergies, complicate cross-selling, and weaken competitive positioning. Additional risks include input cost volatility, cybersecurity threats, and regulatory pressures on crop protection business.
- Our $84 target values CTVA at 20.1x our 2027 EPS estimate of $4.17, in line with the five-year historical average. With shares up 32% in six months, the separation catalyst appears reflected in current valuation, limiting upside despite strong execution.

## Analyst's Risk Assessment

LOW | **MEDIUM** | HIGH

CTVA faces risks from the seasonal and cyclical nature of the agriculture industry, which can be impacted by external influences, including weather. CTVA's success is dependent on the successful development of its pipeline products, which face competition from generic products, in our view. CTVA is also subject to risk from volatility in its input costs and a strong U.S. dollar. That said, we believe these risks are offset by exposure to the global farm economy, which we think comes with many opportunities for growth as the global food demand increases, as well as CTVA's impressive portfolio of patents and trademarks.

## Revenue/Earnings Data

**Revenue (Million USD)**

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2027 | **E** 4,756 | **E** 6,799 | **E** 2,584 | **E** 4,707 | **E** 18,845 |
| 2026 | 4,905 | **E** 6,671 | **E** 2,627 | **E** 4,438 | **E** 18,641 |
| 2025 | 4,417 | 6,456 | 2,618 | 3,910 | 17,401 |
| 2024 | 4,492 | 6,112 | 2,326 | 3,978 | 16,908 |
| 2023 | 4,884 | 6,045 | 2,590 | 3,707 | 17,226 |
| 2022 | 4,601 | 6,252 | 2,777 | 3,825 | 17,455 |

**Earnings Per Share (USD)**

| | 1Q | 2Q | 3Q | 4Q | Year |
|---|---|---|---|---|---|
| 2027 | **E** 1.40 | **E** 2.70 | **E** -0.40 | **E** 0.47 | **E** 4.17 |
| 2026 | 1.50 | **E** 2.35 | **E** -0.28 | **E** 0.44 | **E** 4.01 |
| 2025 | 1.13 | 2.20 | -0.23 | 0.22 | 3.34 |
| 2024 | 0.89 | 1.83 | -0.49 | 0.32 | 2.57 |
| 2023 | 1.16 | 1.60 | -0.23 | 0.15 | 2.69 |
| 2022 | 0.97 | 1.64 | -0.12 | 0.16 | 2.67 |

Fiscal Year ended Dec 31. EPS Estimates based on CFRA's Operating Earnings; historical earnings are adjusted. In periods where a different currency has been reported, this has been adjusted to match the current quoted currency.

## Dividend Data

| Amount ( USD) | Date Decl. | Ex-Div. Date | Stk. of Record | Payment Date |
|---|---|---|---|---|
| 0.1800 | Apr 27 | Jun 01 | Jun 01 | Jun 15 '26 |
| 0.1800 | Jan 28 | Mar 02 | Mar 02 | Mar 16 '26 |
| 0.1800 | Oct 31 | Dec 01 | Dec 01 | Dec 15 '25 |
| 0.1800 | Jul 29 | Sep 02 | Sep 02 | Sep 15 '25 |

Dividends have been paid since 2019 . Source: Company reports
**Past performance is not an indication of future performance and should not be relied as such.**
Forecasts are not a reliable indicator of future performance.
Dividends paid in currencies other than the Trading currency have been accordingly converted for display purposes.

Redistribution or reproduction is prohibited without written permission. Copyright ©2026 CFRA. This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek independent financial advice regarding the suitability and/or appropriateness of making an investment or implementing the investment strategies discussed in this document and should understand that statements regarding future prospects may not be realized. Investors should note that income from such investments, if any, may fluctuate and that the value of such investments may rise or fall. Accordingly, investors may receive back less than they originally invested. Investors should seek advice concerning any impact this investment may have on their personal tax position from their own tax advisor. Please note the publication date of this document. It may contain specific information that is no longer current and should not be used to make an investment decision. Unless otherwise indicated, there is no intention to update this document.

# Corteva, Inc.

## **Business Summary** May 05, 2026

Corporate Overview. Corteva, Inc. (CTVA) is a prominent global company that specializes in providing seeds and crop protection solutions for the agricultural industry. Its primary focus is contributing to a healthier, more secure, and sustainable food supply system. The company has presence across multiple regions, including North America (the United States and Canada) Europe, the Middle East, and Africa. Sales in North America accounted for 51% of 2024 sales; Latin America for 22%; Europe, the Middle East, and Africa for 18%; and Asia-Pacific for 8%.

CTVA started trading as an independent company on June 1, 2019, following its separation from DowDuPont through a dividend of Corteva's shares to DowDuPont's shareholders. As of December 31, 2023, CTVA had 22,500 employees and is headquartered in Indianapolis, Indiana.

Business Segments. CTVA operates in two segments: Seed and Crop Protection.

The Seed segment (56% of total 2024 sales) is a global leader in developing and supplying advanced germplasm and traits that produce optimum yield for farms around the world. CTVA is a leader in many of its key seed markets, including North America corn and soybeans, Europe corn and sunflower, as well as Brazil, India, South Africa, and Argentina corn. It offers trait technologies that improve resistance to weather, disease, insects, and weeds, and trait technologies that enhance food and nutritional characteristics. CTVA also provides digital solutions that assist farmer decision-making with a view to optimize product selection and, ultimately, maximize yield and profitability.

The Crop Protection segment (44%) serves the global agricultural input industry with products that protect against weeds, insects and other pests, and disease, and that improve overall crop health both above and below ground via nitrogen management and seed-applied technologies. CTVA is a leader in global herbicides, insecticides, below-ground nitrogen stabilizers and pasture, and range management herbicides.

Competitive Landscape. Farmers continue to face a variety of challenges, including the need to feed a growing population with limited land and stricter rules and regulations surrounding biotechnology and chemical compounds. These rules and regulations often vary across geographies and can quickly change. Consumers are also demanding healthier, more affordable, and safer food. These challenges create strong incentives for farmers to invest in high technology inputs (such as seed, crop protection, and digital solutions) to maximize yields, optimize resources, and protect harvests in an environmentally sustainable manner.

Agriculture companies also continuously aim to improve existing product offerings to counteract regularly occurring natural resistance. This resistance to existing products in turn creates both challenges as well as market opportunities for development of new forms of genetically engineered seed and improved crop protection products. Companies in CTVA's industry compete on the basis of germplasm and trait leadership; weed control as well as insect and disease management superiority; customer service; price; quality; and cost competitiveness, with an intensified focus on research and development and ability to respond to the growing proportion of off-patent seed and crop protection products. The time and cost to launch new products continues to increase. CTVA's response to these global macro-trends is to leverage its relationships and industry leading platform to provide solutions that meet the needs of the farmer.

Corporate Strategy. CTVA's strategy is to combine its innovation capability with customer access to provide farmers with the right mix of seeds, crop protection, and digital solutions to maximize their yields and improve their profitability, while strengthening customer relationships. CTVA is still leveraging the work already done by DuPont Pioneer, Dow AgroSciences, and DuPont Crop Protection, focusing on a more streamlined and efficient operating structure.

To create value for its customers and shareholders, CTVA has emphasized three priorities: 1) Focus on Execution – delivering top-tier technology in priority core markets with best-in-class cost performance, royalty neutrality, product differentiation, and operational improvements; 2) Deliver Innovation to Farmers, Faster - increasing investment in its leading innovation pipeline to deliver more differentiated and sustainable solutions that enhance productivity, food security, and address climate change impacts; and 3) Deploy capital with discipline – prioritizing investment, growth, M&A, and shareholder returns.

Significant Developments. In 2023, CTVA completed its acquisition of The Stoller Group, which develops and distributes crop health products, as well as Symborg, which provides biological solutions to maximize crop yields, protect the environment, and address sustainability challenges.

Financial Trends. Sales fell 2% in 2024 from 2023, driven by a 5% decline in Crop protection sales (-5% price; +3% volume), partially offset by 1% growth in Seed sales (+3% price; +1% volume). Operating adjusted EBITDA margin expanded 40 bps in 2024 from 2023 to 20.0% due to Seed margin expansion on pricing, product mix, royalties, and productivity savings, partially offset by inflation, unfavorable FX translation. We expect 2025 to be a strong year for CTVA with improving agricultural fundamentals and productivity benefits.

We think CTVA has a manageable balance sheet. In 2024, its current assets covered 1.45x its current liabilities (with cash and accounts receivable covering 0.85x) and total debt to EBITDA was 0.8x. We think CTVA has a strong financial position, with total debt only making up 10.1% of its total capital. We believe CTVA will prioritize share buybacks and dividends with excess cash as well as possible growth opportunities (acquisitions).

Q4 2024 net sales rose 7% Y/Y. Seed increased 8%, primarily due to 19% higher volumes. Crop Protection performed on a similar level, with net sales up 6%, as volume growth in Latin America offset pricing pressures.

## Corporate information

**Investor contact**
K. Booth (833 267 8382)

**Office**
9330 Zionsville Road, Indianapolis, Indiana, 46268

**Telephone**
833 267 8382

**Fax**
N/A

**Website**
www.corteva.com

**Officers**

**Executive VP and Chief Technology & Digital Officer**
S. R. Eathington

**CEO & Director**
C. V. Magro

**VP, Controller & Principal Accounting Officer**
B. Titus

**Senior VP, Chief Legal & Corporate Secretary**
J. A. Johnson

**Executive VP & CFO**
D. P. Johnson

**Independent Non-Executive Chairman of the Board**
G. R. Page

**Board Members**

| | |
|---|---|
| C. J. Policinski | K. A. Engel |
| C. V. Magro | K. H. Grimes |
| D. C. Everitt | K. J. Preete |
| G. R. Page | M. M. Lutz |
| J. Gilson | N. R. Nayyar |
| J. P. Giesselman | P. Ward |

**Domicile**
Delaware

**Founded**
1802

**Employees**
21,500

**Stockholders**
56,000

**Auditor**
PricewaterhouseCoopers LLP

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA.

# Corteva, Inc.

## Quantitative Evaluations

| | | |
|---|---|---|
| **Fair Value Rank** | | 1 (LOWEST) – 2 – 3 – 4 – 5 (HIGHEST): 1. Based on CFRA's proprietary quantitative model, stocks are ranked from most overvalued (1) to most undervalued (5). |
| **Fair Value Calculation** | **USD 58.20** | Analysis of the stock's current worth, based on CFRA's proprietary quantitative model suggests that CTVA is overvalued by USD 23.49 or 28.76% |
| **Volatility** | | LOW – AVERAGE – HIGH: LOW |
| **Technical Evaluation** | **BULLISH** | Since December, 2025, the technical indicators for CTVA have been BULLISH" |
| **Insider Activity** | | UNFAVORABLE – NEUTRAL – FAVORABLE: NEUTRAL |

## Expanded Ratio Analysis

| | 2025 | 2024 | 2023 | 2022 |
|---|---|---|---|---|
| Price/Sales | 2.62 | 2.34 | 1.98 | 2.44 |
| Price/EBITDA | 12.02 | 12.47 | 10.61 | 12.85 |
| Price/Pretax Income | 27.06 | 31.09 | 31.21 | 29.86 |
| P/E Ratio | 20.07 | 22.16 | 17.81 | 22.01 |
| Avg. Diluted Shares Outstg. (M) | 681.40 | 696.00 | 711.90 | 724.50 |

Figures based on fiscal year-end price

## Key Growth Rates and Averages

| **Past Growth Rate (%)** | **1 Year** | **3 Years** | **5 Years** |
|---|---|---|---|
| Net Income | 20.62 | NM | 9.94 |
| Sales | 2.92 | -0.10 | 4.12 |
| **Ratio Analysis (Annual Avg.)** | | | |
| Net Margin (%) | 6.29 | 5.31 | 6.75 |
| % LT Debt to Capitalization | 6.16 | 7.15 | 6.03 |
| Return on Equity (%) | 4.97 | 4.06 | 4.82 |

## Company Financials Fiscal year ending Dec 31

| **Per Share Data** (USD) | 2025 | 2024 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 8.00 | 6.57 | 6.85 | 8.41 | 7.20 | 5.12 | 3.55 | 69.94 | N/A | N/A |
| Free Cash Flow | 4.14 | 2.23 | 1.66 | 0.37 | 2.93 | 2.12 | -0.12 | -1.36 | -1.76 | N/A |
| Earnings | 1.75 | 1.22 | 1.30 | 1.66 | 2.44 | 0.98 | -0.38 | -9.09 | 2.50 | 0.67 |
| Earnings (Normalized) | 3.34 | 2.57 | 2.69 | 2.67 | 2.15 | 1.50 | 1.43 | N/A | N/A | N/A |
| Dividends | 0.71 | 0.67 | 0.63 | 0.59 | 0.55 | 0.52 | 0.39 | N/A | N/A | N/A |
| Payout Ratio (%) | 43.42 | 50.50 | 59.73 | 36.44 | 22.57 | 56.98 | NM | NM | 33.88 | NM |
| Prices: High | 77.41 | 64.20 | 65.21 | 68.43 | 49.98 | 40.23 | 32.78 | N/A | N/A | N/A |
| Prices: Low | 53.40 | 44.01 | 43.22 | 43.74 | 36.54 | 20.38 | 24.10 | N/A | N/A | N/A |
| P/E Ratio: High | 23.20 | 25.00 | 24.20 | 25.60 | 23.20 | 26.80 | 22.90 | NM | NM | NM |
| P/E Ratio: Low | 16.00 | 17.10 | 16.10 | 16.40 | 17.00 | 13.60 | 16.90 | NM | NM | NM |
| **Income Statement Analysis** (Million USD) | | | | | | | | | | |
| Revenue | 17,401 | 16,908 | 17,226 | 17,455 | 15,655 | 14,217 | 13,846 | 14,287 | 10,684 | 14,041 |
| Operating Income | 2,596 | 1,952 | 2,003 | 2,091 | 2,635 | 1,211 | 1,047 | 1,381 | 336.00 | 959.00 |
| Depreciation + Amortization | 1,203 | 1,227 | 1,211 | 1,223 | 1,243 | 1,177 | 1,000 | 909.00 | 464.00 | N/A |
| Interest Expense | 180.00 | 233.00 | 233.00 | 79.00 | 30.00 | 45.00 | 136.00 | 337.00 | 369.00 | 101.00 |
| Pretax Income | 1,688 | 1,275 | 1,093 | 1,426 | 2,346 | 675.00 | -316.00 | -6,806 | -498.00 | 258.00 |
| Effective Tax Rate | 28.70 | 32.30 | 13.90 | 14.70 | 22.30 | -12.00 | 14.60 | 0.50 | 525.30 | -104.70 |
| Net Income | 1,094 | 907.00 | 735.00 | 1,147 | 1,759 | 681.00 | NM | NM | 2,916 | 503.00 |
| Net Income (Normalized) | 1,454 | 979.20 | 994.20 | 1,148 | 1,595 | 612.50 | 547.00 | 592.60 | NM | 465.60 |
| **Balance Sheet and Other Financial Data** (Million USD) | | | | | | | | | | |
| Cash | 4,530 | 3,169 | 2,742 | 3,315 | 4,545 | 3,795 | 1,769 | 2,275 | N/A | N/A |
| Current Assets | 17,335 | 15,097 | 16,260 | 16,795 | 15,546 | 14,768 | 13,519 | 22,972 | N/A | N/A |
| Total Assets | 42,845 | 40,825 | 42,996 | 42,618 | 42,344 | 42,649 | 42,397 | 108,683 | N/A | N/A |
| Current Liabilities | 12,125 | 10,386 | 10,409 | 10,744 | 9,558 | 8,548 | 8,238 | 13,310 | N/A | N/A |
| Long Term Debt | 1,686 | 1,953 | 2,290 | 1,281 | 1,097 | 1,098 | 110.00 | 5,717 | N/A | N/A |
| Total Capital | 27,381 | 27,209 | 28,254 | 27,298 | 27,199 | 26,697 | 25,243 | 83,091 | N/A | N/A |
| Capital Expenditures | 591.00 | 597.00 | 595.00 | 605.00 | 573.00 | 475.00 | 1,163 | 1,501 | 1,186 | N/A |
| Cash from Operations | 3,406 | 2,145 | 1,769 | 872.00 | 2,727 | 2,064 | 1,070 | 483.00 | -275.00 | N/A |
| Current Ratio | 1.43 | 1.45 | 1.56 | 1.56 | 1.63 | 1.73 | 1.64 | 1.73 | N/A | N/A |
| % Long Term Debt of Capitalization | 6.20 | 7.20 | 8.10 | 4.70 | 4.00 | 4.10 | 0.40 | 6.90 | N/A | N/A |
| % Net Income of Revenue | 6.30 | 5.40 | 4.30 | 6.60 | 11.20 | 4.80 | -6.90 | -35.50 | 27.30 | 3.60 |
| % Return on Assets | 3.88 | 2.91 | 2.92 | 3.08 | 3.88 | 1.78 | 0.87 | NM | NM | NM |
| % Return on Equity | 5.00 | 3.50 | 3.70 | 4.80 | 7.20 | 3.00 | -0.50 | NM | NM | NM |

Source: S&P Global Market Intelligence. Data may be preliminary or restated; before results of discontinued operations/special items. Per share data adjusted for stock dividends; EPS diluted. E-Estimated. NA-Not Available. NM-Not Meaningful. NR-Not Ranked. UR-Under Review.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA.

# Corteva, Inc.

## Sub-Industry Outlook

Our 12-month fundamental outlook for the Fertilizers & Agricultural Chemicals sub-industry is neutral. The industry is facing a defining "cost-price squeeze" where fertilizer prices remain 15%-30% above pre-2021 levels while farmers confront the worst margin pressures in a decade. This dynamic is reshaping the entire value chain, accelerating the adoption of precision agriculture and transforming companies from volume-based suppliers to technology-enabled solution providers.

U.S. farmers face unprecedented financial stress, with corn producers projected to lose $180/acre and total production costs averaging $916/acre in 2026. This is driving "nutrient banking" strategies, where farmers utilize existing soil reserves rather than purchasing new supply. Our expectations reflect these challenging fundamentals, with the sub-industry projected to see a 5.0% earnings decline despite 1.1% revenue growth, as margin compression (0.7% EBITDA margin decline) pressures profitability. However, aggressive share repurchases are expected to support 2.4% EPS growth despite underlying earnings headwinds.

Nutrient markets show divergent fundamentals. Potash represents the most favorable segment for 2026, with global shipments projected at 74-77 million tonnes vs. 73-75 million in 2025. Limited new capacity, excellent affordability metrics, and low inventories support pricing. Nitrogen markets present mixed dynamics, with rising natural gas costs and supply disruptions supporting pricing, while demand shifts create headwinds. Phosphate markets face structural challenges from Chinese export restrictions through August 2026, limiting supply availability.

Company performance expectations diverge significantly based on market exposure and strategic positioning. Nutrien, as the world's largest potash producer, benefits from favorable fundamentals, though we expect a 3.0% earnings decline as retail pressures offset upstream strength. CF Industries is executing compelling low-carbon ammonia transformation, though near-term transition costs may pressure 2026 results (22.3% earnings decline) while positioning it advantageously longer-term. Corteva stands out with projected 10.2% EPS growth in 2026, reflecting successful strategic transformation execution, including the planned seed business separation.

Global crop production abundance compounds industry pressures, with Brazil's record soybean harvest and shifting U.S. acreage from corn to soybeans reducing overall fertilizer intensity. This oversupply dynamic limits companies' pricing power and emphasizes operational efficiency importance.

Key risks include severe weather disruptions, escalating trade tensions, and deeper farm financial distress. Margin compression risks are significant, with most companies facing EBITDA declines as input cost inflation outpaces pricing power. Geopolitical events affecting major producing regions pose supply risks, while accelerating precision agriculture adoption could permanently reduce fertilizer demand intensity.

Policy support through increased commodity reference prices and farmer assistance programs provides some demand stability. Environmental regulations like the EU's Carbon Border Adjustment Mechanism create competitive advantages for low-carbon producers.

As of December 26, 2025, the S&P Composite 1500 Fertilizers & Agricultural Chemicals Index achieved a total return of 1.5% YTD, underperforming the broader S&P Composite 1500 Materials Index (+10.1%) and the S&P Composite 1500 (+17.0%).

**/ Devyn DeLange**

## Industry Performance

**GICS Sector:** **Materials**
**Sub-Industry:** **Fertilizers and Agricultural Chemicals**

Based on S&P 1500 Indexes
Five-Year market price performance through May 02, 2026




NOTE: A sector chart appears when the sub-industry does not have sufficient historical index data.
All Sector & Sub-Industry information is based on the Global Industry Classification Standard (GICS).
Past performance is not an indication of future performance and should not be relied upon as such.
**Source: CFRA, S&P Global Market Intelligence**

## Sub-Industry: Fertilizers and Agricultural Chemicals Peer Group*: Fertilizers and Agricultural Chemicals

| Peer Group | Stock Symbol | Exchange | Currency | Recent Stock Price | Stk. Mkt. Cap. (M) | 30-Day Price Chg. (%) | 1-Year Price Chg. (%) | P/E Ratio | Fair Value Calc. | Yield (%) | Return on Equity (%) | LTD to Cap (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Corteva, Inc.** | **CTVA** | **NYSE** | **USD** | **81.69** | **54,843.0** | **-4.4** | **30.4** | **25.0** | **58.20** | **0.9** | **5.0** | **6.2** |
| American Vanguard Corporation | AVD | NYSE | USD | 2.67 | 76.0 | 10.3 | -37.2 | NM | N/A | N/A | -23.4 | 45.3 |
| CF Industries Holdings, Inc. | CF | NYSE | USD | 125.89 | 19,339.0 | -3.1 | 56.2 | 13.0 | 62.10 | 1.6 | 23.4 | 28.2 |
| CVR Partners, LP | UAN | NYSE | USD | 134.70 | 1,424.0 | 6.9 | 69.3 | 14.0 | N/A | 11.9 | 35.3 | 64.5 |
| FMC Corporation | FMC | NYSE | USD | 14.56 | 1,821.0 | -18.0 | -61.5 | N/A | N/A | 2.2 | N/A | 43.4 |
| ICL Group Ltd | ICL | NYSE | USD | 5.53 | 7,137.0 | 5.5 | -18.6 | 32.0 | N/A | 2.5 | 4.6 | 18.9 |
| Intrepid Potash, Inc. | IPI | NYSE | USD | 39.34 | 517.0 | -10.2 | 18.2 | 46.0 | N/A | N/A | 2.3 | N/A |
| Nutrien Ltd. | NTR | TSX | CAD | 103.20 | 49,599.0 | 0.4 | 33.3 | 17.0 | 78.59 | 2.9 | 9.2 | 25.0 |
| The Mosaic Company | MOS | NYSE | USD | 22.97 | 7,301.0 | -12.2 | -24.7 | 10.0 | 30.19 | 3.8 | 4.8 | 23.5 |
| The Scotts Miracle-Gro Company | SMG | NYSE | USD | 59.39 | 3,447.0 | -7.0 | 9.0 | 17.0 | 62.24 | 4.4 | -71.5 | 100.3 |

*For Peer Groups with more than 10 companies or stocks, selection of issues is based on market capitalization.
NA-Not Available; NM-Not Meaningful.
Note: Peers are selected based on Global Industry Classification Standards and market capitalization. The peer group list includes companies with similar characteristics, but may not include all the companies within the same industry and/or that engage in the same line of business.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA.

# Corteva, Inc.

## Analyst Research Notes and other Company News

**May 05, 2026**
06:48 PM ET... CFRA Lowers Opinion on Shares of Corteva, Inc. to Hold from Buy (CTVA 83.90***):
We keep our target at $84, 20.1x our 2027 EPS estimate, in line with CVTA's five-year average. After Q1 earnings release, we raise our 2026 EPS view to $4.01 from $3.72 to reflect the Q1 beat. We maintain our 2027 EPS estimate at $4.17. CTVA delivered strong Q1 2026 results today after market close, demonstrating robust operational execution across both business segments, while maintaining momentum toward the planned 2H 2026 separation of the Seed and Crop Protection business. Net sales increased to $4.9B (+11% Y/Y) with organic growth of 7% Y/Y, reflecting broad-based demand for the company's differentiated technology offerings across all geographic regions. Management confirmed the separation remains on track for 2H 2026, with key milestones including Luke Kissam's appointment as New Corteva CEO and the announcement of "Vylor" as the future seed and genetics company name. Yet, with shares up nearly 32% in the last six months, we see limited upside potential at this point and lower our rating to Hold from Buy. / Sel Hardy

**May 05, 2026**
05:09 PM ET... CTVA Delivers Strong Q1 Results, Advances Toward Planned 2H 2026 Separation (CTVA 83.90****):
Corteva delivered strong Q1 2026 results with operating EPS of $1.50 significantly exceeding consensus view of $1.18 (+33% Y/Y) and net sales of $4.9B (+11% Y/Y), $270M above expectations. Organic sales growth of 7% Y/Y reflected broad-based demand for differentiated technology offerings despite challenging agricultural conditions. The robust execution demonstrates management's ability to execute the separation strategy from a position of strength, with 6% global volume gains showcasing continued farmer adoption of advanced solutions. Management maintained the 2026 guidance with operating EBITDA of $4.0B-$4.2B and operating EPS of $3.45-$3.70, targeting Q4 2026 for separation completion. The Seed segment delivered exceptional performance with 34.2% operating EBITDA margins (+310 bps Y/Y), while Crop Protection maintained solid momentum with 23.1% margins (+101 bps Y/Y), reinforcing our view that both segments are well positioned for the planned separation with milestones progressing as expected. / Sel Hardy

**February 04, 2026**
04:32 PM ET... CFRA Reiterates Buy Opinion on Shares of Corteva, Inc. (CTVA 75.09****):
We trim our 12-month target by $2 to $84, 22.5x our 2026 EPS estimate, a premium to its five-year average of 20.3x. We lower our 2026 EPS view by $0.16 to $3.72 and 2027 by $0.22 to $4.17. CTVA posted record operating EBITDA margins of 22.1% in 2025, and we see additional runway to 22.8% in 2026 and even further to 24.5% by 2028. The settlement with Bayer is a key driver in our forecasts, accelerating royalty neutrality to 2026 and transitioning the company from net royalty payer to net collector, with high-margin out-licensing income providing incremental margin expansion with minimal associated costs. We view the settlement timing as prudent, removing a significant risk factor prior to the business separation while strengthening investor confidence about SpinCo's revenue streams. Seed segment margins expanded 340 bps in 2025 to 26.6%, while Crop Protection margins only grew 70 bps to 18.0%, further strengthening our conviction on the business separation, which is on track for 2H 2026 completion. / Devyn DeLange

**February 03, 2026**
06:35 PM ET... CTVA Posts Solid Q4; Seed Results and Bayer Settlement Bolster Separation Case (CTVA 75.04****):
Corteva delivered Q4 operating EPS of $0.22, matching estimates, while full-year operating EPS of $3.34 exceeded consensus of $3.33, with significant margin expansion. Net sales declined 2% Y/Y to $3.91B in Q4, with organic sales down 4% from seasonal timing shifts rather than demand weakness. The impressive Seed segment results, with 33% operating EBITDA growth and 190 bps margin improvement, reinforce our positive view of the planned separation, positioning SpinCo as an attractive investment opportunity. Management provided 2026 guidance of operating EBITDA of $4.0B-$4.2B and operating EPS of $3.45-$3.70. The transformative $610M Bayer settlement accelerates the technology licensing strategy and path to royalty neutrality by 2026, with management estimating approximately $1B of earnings upside over the next decade. We think the settlement timing is prudent, removing risk prior to the 2H 2026 separation while boosting investor confidence about SpinCo revenue streams. / Devyn DeLange

**November 06, 2025**
02:17 AM ET... CFRA Reiterates Buy Opinion on Shares of Corteva, Inc. (CTVA 63.67****):
We raise our 12-month target by $3 to $86, 22.7x our next-12-month EPS estimate, a premium to its five-year average forward P/E of 20.4x. We lift our 2025 EPS view by $0.21 to $3.52, lift 2026 EPS by $0.03 to $3.88, and start 2027 EPS at $4.39. Management has addressed our concerns over limited Brazilian soybean market presence by advancing the Conkesta trait to target double-digit market penetration by 2026 and potentially one-third by 2030. This expansion into the world's largest soybean market hedges against North American trade volatility while positioning Corteva to capitalize on structural production shifts toward South America, where sustained Chinese demand provides long-term support. Combined with the higher-margin technology licensing strategy that progresses toward royalty neutrality by 2028, these developments create multiple drivers for long-term growth that remain resilient despite near-term trade volatility, even as recent diplomatic negotiations restore U.S.-China soybean trade relationships. / Devyn DeLange

**November 04, 2025**
07:13 PM ET... Corteva's Q3 Strength vs. FMC Weakness Highlights Company-Specific Edge (CTVA 62.50****):
CTVA posted exceptional Q3 results, with net sales of $2.62B (+13% Y/Y) and raised full-year guidance, contrasting sharply with FMC's 49% revenue decline and 85% dividend cut. The divergence shows that challenges are company specific rather than industry-wide, with CTVA achieving +21% Crop Protection growth in North America vs FMC's modest +4% and maintaining flat Latin America sales vs FMC's 8% decline. Both CTVA segments had strong margin expansion through innovation-led volume growth, with Crop Protection achieving 135-bp margin improvement and Q3 operating EBITDA of $279M (+13% Y/Y). Seed segment performance was equally impressive, with $917M in Q3 sales (+33% Y/Y) reflecting early Brazil deliveries and successful price-for-value execution. Operating EPS guidance was raised to $3.25-$3.35 (+28% at midpoint) while the planned 2H 2026 separation will create asymmetric value distribution, allocating higher-margin seed operations to "SpinCo" and positioning both entities for continued success. / Devyn DeLange

**October 01, 2025**
02:22 PM ET... CFRA Maintains Buy Opinion on Shares of Corteva, Inc. (CTVA 61.56****):
We raise our 12-month target by $4 to $83, 22.8x our next-12-month EPS estimate, a premium to its five-year average forward P/E of 20.5x. Our 2025 EPS view is unchanged at $3.31, though we raise 2026's by $0.03 to $3.85. CTVA announced a separation of its seed and crop protection businesses into two separate companies by 2H 2026. The structure allocates the higher-margin seed business ($9.9B sales, ~26% EBITDA margins) to SpinCo while New Corteva retains crop protection operations ($7.8B sales, ~17% margins) plus all legacy DuPont liabilities including pension and PFAS obligations. We view current CEO Chuck Magro taking the reins of SpinCo as an indication of the prioritized business. In our view, SpinCo emerges as the clear winner with premium assets, superior margins, and complete liability avoidance in a tax-free distribution to shareholders. Our Buy rating reflects our view that investors will benefit over the long run given the option to shift investment away from the liabilities retained by New Corteva. / Devyn DeLange

Note: Research notes reflect CFRA's published opinions and analysis on the stock at the time the note was published. The note reflects the views of the equity analyst as of the date and time indicated in the note, and may not reflect CFRA's current view on the company.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA.

# Corteva, Inc.

## Analysts Recommendations




| | No. of Recommendations | % of Total | 1 Mo.Prior | 3 Mos.Prior |
|---|---|---|---|---|
| Buy | 12 | 55 | 12 | 12 |
| Buy/Hold | 3 | 14 | 3 | 4 |
| Hold | 7 | 32 | 7 | 7 |
| Weak hold | 0 | 0 | 0 | 0 |
| Sell | 0 | 0 | 0 | 0 |
| No Opinion | 0 | 0 | 0 | 0 |
| Total | 22 | 100 | 22 | 23 |

## Wall Street Consensus Estimates




| Fiscal Year | Avg Est. | High Est. | Low Est. | # of Est. | Est. P/E |
|---|---|---|---|---|---|
| 2027 | 4.05 | 4.45 | 3.62 | 22 | 20.19 |
| 2026 | 3.66 | 3.95 | 3.52 | 22 | 22.34 |
| **2027 vs. 2026** | **▲ 11%** | **▲ 13%** | **▲ 3%** | **N/A%** | **▼ -10%** |
| | | | | | |
| Q1'27 | 1.24 | 1.27 | 1.23 | 3 | 65.68 |
| Q1'26 | 1.18 | 1.24 | 1.09 | 14 | 69.22 |
| **Q1'27 vs. Q1'26** | **▲ 5%** | **▲ 2%** | **▲ 13%** | **▼ -79%** | **▼ -5%** |

Forecasts are not reliable indicator of future performance.
Note: A company's earnings outlook plays a major part in any investment decision. S&P Global Market Intelligence organizes the earnings estimates of over 2,300 Wall Street analysts, and provides their consensus of earnings over the next two years, as well as how those earnings estimates have changed over time. Note that the information provided in relation to consensus estimates is not intended to predict actual results and should not be taken as a reliable indicator of future performance.
**Note: For all tables, graphs and charts in this report that do not cite any reference or source, the source is S&P Global Market Intelligence.**

## Wall Street Consensus Opinion

**Buy/Hold**

## Wall Street Consensus vs. Performance

For fiscal year 2026, analysts estimate that CTVA will earn USD 3.66. For fiscal year 2027, analysts estimate that CTVA's earnings per share will grow by 10.64% to USD 4.05.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA. 

# Corteva, Inc.

## Glossary

**STARS**

Since January 1, 1987, CFRA Equity and Fund Research Services, and its predecessor S&P Capital IQ Equity Research has ranked a universe of U.S. common stocks, ADRs (American Depositary Receipts), and ADSs (American Depositary Shares) based on a given equity's potential for future performance. Similarly, we have ranked Asian and European equities since June 30, 2002. Under proprietary STARS (Stock Appreciation Ranking System), equity analysts rank equities according to their individual forecast of an equity's future total return potential versus the expected total return of a relevant benchmark (e.g., a regional index (MSCI AC Asia Pacific Index, MSCI AC Europe Index or S&P 500® Index)), based on a 12-month time horizon. STARS was designed to help investors looking to put their investment decisions in perspective. Data used to assist in determining the STARS ranking may be the result of the analyst's own models as well as internal proprietary models resulting from dynamic data inputs.

**S&P Global Market Intelligence's Quality Ranking**

(also known as **S&P Capital IQ Earnings & Dividend Rankings**) - Growth and S&P Capital IQ Earnings & Dividend Rankings stability of earnings and dividends are deemed key elements in establishing S&P Global Market Intelligence's earnings and dividend rankings for common stocks, which are designed to capsulize the nature of this record in a single symbol. It should be noted, however, that the process also takes into consideration certain adjustments and modifications deemed desirable in establishing such rankings. The final score for each stock is measured against a scoring matrix determined by analysis of the scores of a large and representative sample of stocks. The range of scores in the array of this sample has been aligned with the following ladder of rankings:

| | | | |
|---|---|---|---|
| A+ | Highest | B | Below Average |
| A | High | B- | Lower |
| A | Above | C | Lowest |
| B+ | Average | D | In Reorganization |
| NC | Not Ranked | | |

**EPS Estimates**

CFRA's earnings per share (EPS) estimates reflect analyst projections of future EPS from continuing operations, and generally exclude various items that are viewed as special, non-recurring, or extraordinary. Also, EPS estimates reflect either forecasts of equity analysts; or, the consensus (average) EPS estimate, which are independently compiled by S&P Global Market Intelligence, a data provider to CFRA. Among the items typically excluded from EPS estimates are asset sale gains; impairment, restructuring or merger-related charges; legal and insurance settlements; in process research and development expenses; gains or losses on the extinguishment of debt; the cumulative effect of accounting changes; and earnings related to operations that have been classified by the company as discontinued. The inclusion of some items, such as stock option expense and recurring types of other charges, may vary, and depend on such factors as industry practice, analyst judgment, and the extent to which some types of data is disclosed by companies.

**12-Month Target Price**

The equity analyst's projection of the market price a given security will command 12 months hence, based on a combination of intrinsic, relative, and private market valuation metrics.

**Abbreviations Used in Equity Research Reports**

CAGR - Compound Annual Growth Rate
CAPEX - Capital Expenditures
CY - Calendar Year
DCF - Discounted Cash Flow
DDM - Dividend Discount Model
EBIT - Earnings Before Interest and Taxes
EBITDA - Earnings Before Interest, Taxes, Depreciation & Amortization
EPS - Earnings Per Share
EV - Enterprise Value
FCF - Free Cash Flow
FFO - Funds From Operations
FY - Fiscal Year
P/E - Price/Earnings
P/NAV - Price to Net Asset Value
PEG Ratio - P/E-to-Growth Ratio
PV - Present Value
R&D - Research & Development
ROCE - Return on Capital Employed
ROE Return on Equity
ROI - Return on Investment
ROIC - Return on Invested Capital
ROA - Return on Assets
SG&A - Selling, General & Administrative Expenses
SOTP - Sum-of-The-Parts
WACC - Weighted Average Cost of Capital

**Dividends on American Depository Receipts (ADRs) and American Depository Shares (ADSs) are net of taxes (paid in the country of origin).**

**Qualitative Risk Assessment**

Reflects an equity analyst's view of a given company's operational risk, or the risk of a firm's ability to continue as an ongoing concern. The Qualitative Risk Assessment is a relative ranking to the U.S. STARS universe, and should be reflective of risk factors related to a company's operations, as opposed to risk and volatility measures associated with share prices. For an ETF this reflects on a capitalization-weighted basis, the average qualitative risk assessment assigned to holdings of the fund.

**STARS Ranking system and definition:**

★★★★★ **5-STARS (Strong Buy):**
Total return is expected to outperform the total return of a relevant benchmark, by a notable margin over the coming 12 months, with shares rising in price on an absolute basis.

★★★★☆ **4-STARS (Buy):**
Total return is expected to outperform the total return of a relevant benchmark over the coming 12 months.

★★★☆☆ **3-STARS (Hold):**
Total return is expected to closely approximate the total return of a relevant benchmark over the coming 12 months.

★★☆☆☆ **2-STARS (Sell):**
Total return is expected to underperform the total return of a relevant benchmark over the coming 12 months.

★☆☆☆☆ **1-STAR (Strong Sell):**
Total return is expected to underperform the total return of a relevant benchmark by a notable margin over the coming 12 months, with shares falling in price on an absolute basis.

**Relevant benchmarks:**

In North America, the relevant benchmark is the S&P 500 Index, in Europe and in Asia, the relevant benchmarks are the MSCI AC Europe Index and the MSCI AC Asia Pacific Index, respectively.

Redistribution or reproduction is prohibited without prior written permission. Copyright ©2026 CFRA.

CFRA

# Corteva, Inc.

## Disclosures

Stocks are ranked in accordance with the following ranking methodologies:

**STARS Stock Reports:**

Qualitative STARS rankings are determined and assigned by equity analysts. For reports containing STARS rankings refer to the Glossary section of the report for detailed methodology and the definition of STARS rankings.

**Quantitative Stock Reports:**

Quantitative rankings are determined by ranking a universe of common stocks based on 5 measures or model categories: Valuation, Quality, Growth, Street Sentiment, and Price Momentum. In the U.S., a sixth sub-category for Financial Health will also be displayed. Percentile scores are used to compare each company to all other companies in the same universe for each model category. The five (six) model category scores are then weighted and rolled up into a single percentile ranking for that company. For reports containing quantitative rankings refer to the Glossary section seof the report for detailed methodology and the definition of Quantitative rankings.

**STARS Stock Reports and Quantitative Stock Reports:**

The methodologies used in STARS Stock Reports and Quantitative Stock Reports (collectively, the "Research Reports") reflect different criteria, assumptions and analytical methods and may have differing rankings. The methodologies and data used to generate the different types of Research Reports are believed by the author and distributor reasonable and appropriate. Generally, CFRA does not generate reports with different ranking methodologies for the same issuer. However, in the event that different methodologies or data are used on the analysis of an issuer, the methodologies may lead to different views on the issuer, which may at times result in contradicting assessments of an issuer. CFRA reserves the right to alter, replace or vary models, methodologies or assumptions from time to time and without notice to clients.

**STARS Stock Reports:**

Global STARS Distribution as of March 31, 2026

| Ranking | North America | Europe | Asia | Global |
|---|---|---|---|---|
| Buy | 43.6% | 42.8% | 44.9% | 43.7% |
| Hold | 44.0% | 48.1% | 52.0% | 46.7% |
| Sell | 12.4% | 9.1% | 3.2% | 9.6% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% |

**Analyst Certification:**

**STARS Stock Reports are prepared by the equity research analysts of CFRA and its affiliates and subsidiaries. Quantitative Stock Reports are prepared by CFRA. All of the views expressed in STARS Stock Reports accurately reflect the research analyst's personal views regarding any and all of the subject securities or issuers; all of the views expressed in the Quantitative Stock Reports accurately reflect the output of CFRA's algorithms and programs. Analysts generally update STARS Stock Reports at least four times each year. Quantitative Stock Reports are generally updated weekly. No part of analysts' or CFRA's compensation was, is, or will be directly or indirectly related to the specific rankings or views expressed in any Stock Report.**

**About CFRA Equity Research:**

This Research Report is published and originally distributed by Accounting Research & Analytics, LLC d/b/a CFRA ("CFRA US"), with the following exceptions: In the UK/EU/EEA, it is published and originally distributed by CFRA UK Limited ("CFRA UK"), which is regulated by the Financial Conduct Authority (No. 775151), and in Malaysia by CFRA MY Sdn Bhd (Company No. 683377-A) ("CFRA Malaysia"), which is regulated by Securities Commission Malaysia, (No. CMSL/A0181/2007) under license from CFRA US. These parties and their subsidiaries maintain no responsibility for reports redistributed by third parties such as brokers or financial advisors.

**General Disclosure**

**Notice to all jurisdictions:**

Where Research Reports are made available in a language other than English and in the case of inconsistencies between the English and translated versions of a Research Report, the English version will control and supersede any ambiguities between such versions. Neither CFRA nor its affiliates guarantee the accuracy of any translation.

The content of this report and the opinions expressed herein are those of CFRA based upon publicly-available information that CFRA believes to be reliable and the opinions are subject to change without notice. This analysis has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. CFRA AND ALL RELATED ENTITIES SPECIFICALLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, to the full extent permitted by law, regarding the accuracy, completeness, or usefulness of this information and assumes no liability with respect to the consequences of relying on this information for investment or other purposes.

No content in this Research Report may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of CFRA, or used for any unlawful or unauthorized purposes. Neither CFRA nor its third-party providers, as well as its/their directors, officers, shareholders, employees or agents, guarantee the accuracy, completeness, timeliness or availability of the content herein

**Past performance is not necessarily indicative of future results.**

This document may contain forward-looking statements or forecasts; such forecasts are not a reliable indicator of future performance.

This report is not intended to, and does not, constitute an offer or solicitation to buy and sell securities or engage in any investment activity. This report is for informational purposes only. Statements in this report are not made with respect to any particular investor or type of investor. Securities, financial instruments or strategies mentioned herein may not be suitable for all investors and this material is not intended for any specific investor and does not take into account an investor's particular investment objectives, financial situations or needs. Before acting on anything in this report, you should consider whether it is suitable for your particular circumstances and, if necessary, seek professional advice. CFRA may license certain intellectual property or provide services to, or otherwise have a business relationship with, certain issuers of securities that are the subject of CFRA research reports, including exchange-traded investments whose investment objective is to substantially replicate the returns of a proprietary index of CFRA. In cases where CFRA is paid fees that are tied to the amount of assets invested in a fund or the volume of trading activity in a fund, investment in the fund may result in CFRA receiving compensation in addition to the subscription fees or other compensation for services rendered by CFRA, however, no part of CFRA's compensation for services is tied to any particular viewpoint or rating. Additional information on a subject company may be available upon request.

CFRA's financial data provider is S&P Global Market Intelligence. THIS DOCUMENT CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM S&P GLOBAL MARKET INTELLIGENCE. FOR RECIPIENT'S INTERNAL USE ONLY.

The Global Industry Classification Standard (GICS®) was developed by and/or is the exclusive property of MSCI, Inc. and S&P Global Market Intelligence. GICS is a service mark of MSCI and S&P Global Market Intelligence and has been licensed for use by CFRA.

**Other Disclaimers and Notices**

Certain information in this report is provided by S&P Global, Inc. and/or its affiliates and subsidiaries (collectively "S&P Global"). Such information is subject to the following disclaimers and notices: "Copyright © 2026, S&P Global Market Intelligence (and its affiliates as applicable). All rights reserved. Nothing contained herein is investment advice and a reference to a particular investment or security, a credit rating or any observation concerning a security or investment provided by S&P Global is not a recommendation to buy, sell or hold such investment or security or make any other investment decisions. This may contain information obtained from third parties, including ratings from credit ratings agencies. Reproduction and distribution of S&P Global's information and third party content in any form is prohibited except with the prior written permission of S&P Global or the related third party, as applicable. Neither S&P Global nor its third party providers guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such information or content. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL S&P INFORMATION IS PROVIDED ON AN AS-IS BASIS. S&P GLOBAL AND ITS THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR INFORMATION OR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

CFRA's Research Reports may be distributed in certain localities, countries and/or jurisdictions by independent third parties or independent intermediaries and/or distributors ("Intermediaries"). Intermediaries are not acting as agents or representatives of CFRA. In territories where an Intermediary distributes CFRA's Research Reports, the Intermediary, and not CFRA, is solely responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory authorities, including laws in connection with the distribution of third party research reports, licensing requirements, supervisory and record keeping obligations that the Intermediary may have under the applicable laws and regulations of the territories where it distributes the Research Reports.

**For residents of the European Union/European Economic Area:**

Research reports are originally distributed by CFRA UK Limited (company number 08456139 registered in England & Wales with its registered office address at New Derwent House, 69-73 Theobalds Road, London, WC1X 8TA, United Kingdom). CFRA UK Limited is regulated by the UK Financial Conduct Authority (No. 775151).

**For residents of Malaysia:**

Research reports are originally produced and distributed by CFRA MY Sdn Bhd (Company No. 683377-A) ("CFRA Malaysia"), a wholly-owned subsidiary of CFRA US. CFRA Malaysia is regulated by Securities Commission Malaysia (License No. CMSL/A0181/2007).

**For Recipients in Canada:**

This report is not prepared subject to Canadian disclosure requirements and may not be suitable for Canadian investors.

**For residents of Singapore:**

This Research Report is distributed by CFRA UK Limited to its clients in Singapore who hold a financial advisers licence or is a person exempt from holding such licence ("SG Intermediary"). Recipients of this Research Report in Singapore should contact the SG Intermediary in respect to any matters arising from, or in connection with, the analysis in this report, including without limitation, whether the Research Report is suitable based on said recipients' profile and objectives. Where the recipient is not an accredited, expert or institutional investor as defined by the Securities and Futures Act, the SG Intermediary accepts legal responsibility for the contents of this Research Report in accordance with applicable law. This Research Report is intended for general circulation and no advice or recommendation is made herein or by CFRA to any particular person. CFRA does not assume any responsibility to advise on whether any particular product is suitable for any person, and the analysis herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person, and should not be relied upon for any investment decision.

**For residents of all other countries:**

Research reports are originally distributed Accounting Research & Analytics, LLC d/b/a CFRA.

Copyright © 2026 CFRA. All rights reserved. CFRA and STARS are registered trademarks of CFRA.