**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| STATE OF INDIANA,<br>STATE OF ALASKA,<br>STATE OF FLORIDA,<br>TERRITORY OF GUAM,<br>STATE OF MAINE,<br>STATE OF MARYLAND,<br>COMMONWEALTH OF MASSACHUSETTS,<br>STATE OF NEW HAMPSHIRE,<br>STATE OF NEW MEXICO,<br>STATE OF OREGON,<br>COMMONWEALTH OF PENNSYLVANIA,<br>STATE OF RHODE ISLAND,<br>STATE OF TENNESSEE,<br>STATE OF TEXAS,<br>STATE OF VERMONT,<br>STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>EIDP, INC. FORMERLY KNOWN AS E.I. DU PONT DE NEMOURS AND CO.,<br>CORTEVA, INC.,<br>VYLOR, INC.,<br><br>Defendants. | ) | No. 1:26-cv-02122-TWP-MG |

**<u>TEMPORARY RESTRAINING ORDER</u>**

Pursuant to the Court's Order Granting Motion for Temporary Restraining Order, and in compliance with Federal Rule of Civil Procedure 65(d)(1)(C), IT IS **ORDERED** that:

1. A temporary restraining order is issued immediately.

2. Corteva, Inc. ("Corteva"), and EIDP, Inc. ("EIDP")—along with their officers, directors, principals, agents, representatives, employees, affiliates, and any person or entity acting on their behalf, in concert with, or in participation with them—are hereby **restrained** from selling, transferring, encumbering, pledging, distributing, assigning, conveying, spinning off, or otherwise

disposing of any assets outside of the ordinary course of Corteva's or EIDP's business operations absent a court order. For the avoidance of doubt, the issuance of dividends to shareholders and repurchasing of company stock are not transactions that occur in the ordinary course of Corteva's or EIDP's business operations.

3. Vylor, Inc. ("Vylor")—along with its officers, directors, principals, agents, representatives, employees, affiliates, and any person or entity acting on its behalf, in concert with, or in participation with it—is hereby **restrained** from selling, transferring, encumbering, pledging, distributing, assigning, conveying, spinning off, or otherwise disposing of any of the assets it received in connection with the Vylor Spinoff outside of the ordinary course of its business operations absent a court order. For the avoidance of doubt, the issuance of dividends to shareholders and repurchasing of company stock are not transactions that occur in the ordinary course of Vylor's business. The assets subject to this restraint include, without limitation, all stock, equity interests, and assets of Pioneer Hi-Bred International, Inc. and its subsidiaries.

4. This Order shall remain in full force and effect for a period of **fourteen (14) days** pursuant to Federal Rule of Civil Procedure 65.

5. No bond shall be required to be posted by Plaintiffs pursuant to Federal Rule of Civil Procedure 65(c).

6. Plaintiffs shall serve a copy of this Order upon each Defendant, by personal service, certified mail, or such other means as may effect actual notice, within **72 hours** of entry of this Order. This Order shall be binding upon each Defendant upon receipt of actual notice.

**SO ORDERED**.

Date: October 9, 2026

Tanya Walton Pratt

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher G Aslin
NH Department of Justice
christopher.g.aslin@doj.nh.gov

Scott Leroy Barnhart
INDIANA ATTORNEY GENERAL
scott.barnhart@atg.in.gov

Tracy Nicole Betz
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
tbetz@taftlaw.com

Mark Bower
Office of the Maine Attorney General
mark.bower@maine.gov

Matthew Fitzgerald Chakmakian
Kelley Drye & Warren LLP
mchakmakian@kelleydrye.com

Betsy M. DeNardi
INDIANA ATTORNEY GENERAL
betsy.denardi@atg.in.gov

Levi Downing
Kelley Drye & Warren LLP
ldowning@kelleydrye.com

Wes Earnhardt
Cravath, Swaine & Moore LLP
wearnhardt@cravath.com

Joseph Gregory Eaton
BARNES & THORNBURG, LLP (Indianapolis)
joe.eaton@btlaw.com

Caitlyn Fields
Barnes & Thornburg LLP
caitlyn.fields@btlaw.com

Amanda Jane Gallagher
Barnes & Thornburg LLP
Amanda.Gallagher@btlaw.com

John Dalston Smith Gilmour
Kelley Drye & Warren, LLP
jgilmour@kelleydrye.com

Daniel J. Heintz
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001

William James Jackson
Kelley Drye & Warren LLP
bjackson@kelleydrye.com

Elizabeth Norris Krasnow
Kelley Drye & Warren LLP
ekrasnow@kelleydrye.com

Zoe Peer Makoul
Kelley Drye & Warren LLP
zmakoul@kelleydrye.com

Kristina Mentone
Cravath, Swaine & Moore LLP
kmentone@cravath.com

Laura B. Murphy
Vermont Attorney General's Office
laura.murphy@vermont.gov

William E. Padgett
BARNES & THORNBURG, LLP (Indianapolis)
william.padgett@btlaw.com

Michael T. Reynolds
Cravath, Swaine & Moore LLP
mreynolds@cravath.com

Owen van Ogtrop Robinson
Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001

Lana Rowenko
Kelley Drye & Warren, LLP
lrowenko@kelleydrye.com

Lauren Elizabeth Schadt
Kelley Drye & Warren LLP
LSchadt@KelleyDrye.com

Chun Ling Junine So
Washington State Attorney General's Office
Junine.So@atg.wa.gov

Joseph Mitchell Tanner
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mtanner@taftlaw.com

Ming-Toy Taylor
Cravath, Swaine & Moore LLP
mtaylor@cravath.com

Daniel Mikhail Thompson
Barnes & Thornburg LLP
daniel.thompson@btlaw.com

Cory Christian Voight
INDIANA ATTORNEY GENERAL
cory.voight@atg.in.gov

Brittany Erin Wright
Office of the Attorney General of Texas
brittany.wright@oag.texas.gov

David I. Zalman
Kelley Drye & Warren, LLP
dzalman@kelleydrye.com