**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STATE OF INDIANA; STATE OF ALASKA; STATE OF FLORIDA; TERRITORY OF GUAM; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW HAMPSHIRE; STATE OF NEW MEXICO; STATE OF OREGON; COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; and STATE OF WASHINGTON,<br><br>Plaintiffs,<br><br>-against-<br><br>EIDP, INC., formerly known as E.I. du Pont de Nemours and Co.; CORTEVA, INC.; and VYLOR, INC.,<br><br>Defendants. | Case No. 26-cv-02122-TWP-MG |

**DEFENDANTS EIDP, INC., CORTEVA, INC., AND VYLOR INC.'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(a)(1) and 28 U.S.C. § 1292(a)(1), Defendants EIDP, Inc., Corteva, Inc., and Vylor Inc. ("Defendants") hereby give notice that the Defendants appeal to the United States Court of Appeals for the Seventh Circuit from the Order entered in the above-captioned case on October 9, 2026 granting Plaintiffs' Motion for Temporary Restraining Order. (Dkt. 76.)

Dated: October 10, 2026

Respectfully submitted,

*/s/ Michael T. Reynolds*
Michael T. Reynolds (*Pro Hac Vice*)
J. Wesley Earnhardt (*Pro Hac Vice*)
Ming-Toy Taylor (*Pro Hac Vice*)
Kristina M. Mentone (*Pro Hac Vice*)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
mreynolds@cravath.com
wearnhardt@cravath.com
mtaylor@cravath.com
kmentone@cravath.com

Joseph G. Eaton (15731-29)
William E. Padgett (18819-49)
Amanda Jane Gallagher (32662-79)
Caitlyn Olivia Fields (39685-49)
Daniel Thompson (36336-53)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Joe.eaton@btlaw.com
William.padgett@btlaw.com
Amanda.gallagher@btlaw.com
Caitlyn.fields@btlaw.com
Daniel.thompson@btlaw.com

*Counsel for Defendants EIDP, Inc., Corteva, Inc., and Vylor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2026, I caused a true and correct copy of the foregoing to be served, via the ECF system, upon all counsel of record.

*/s/ Michael T. Reynolds*
Michael T. Reynolds